# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Greenlite Holdings, LLC,<br>AND City Heights North LLC,<br>    Plaintiff,<br>v.<br>Third Coast Insurance Company,<br>A FOREIGN CORPORATION<br>    Defendant. | **No. CJ-2021-2146**<br>**(Civil relief more than $10,000: BAD FAITH INSURER LIABILITY)**<br><br>Filed: 05/17/2021<br><br><br>Judge: Truong, Cindy H. |

## PARTIES

City Heights North LLC, Plaintiff
Greenlite Holdings, LLC, Plaintiff
Third Coast Insurance Company, Defendant

## ATTORNEYS

| **Attorney** | **Represented Parties** |
|---|---|
| Givens, Keith (Bar #16501)<br>204 North Robinson Ave<br>21St Floor<br>Oklahoma City, OK 73102 | Greenlite Holdings, LLC,<br>City Heights North LLC, |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**     Issue: BAD FAITH INSURER LIABILITY (INSURE)
Filed By: Greenlite Holdings, LLC
Filed Date: 05/17/2021

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-17-2021 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 05-17-2021 | INSURE | BAD FAITH INSURER LIABILITY | | | |
| 05-17-2021 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 05-17-2021 | PFE1 | PETITION | | | $ 163.00 |
| 05-17-2021 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 05-17-2021 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 05-17-2021 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 05-17-2021 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 05-17-2021 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 05-17-2021 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 05-17-2021 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 05-17-2021 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 05-17-2021 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 05-17-2021 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 05-17-2021 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 05-17-2021 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | $ 10.00 |
| 05-17-2021 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 05-17-2021 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 05-17-2021 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 10.00 |
| 05-17-2021 | P | PETITION Document Available (#1049584317) TIFF PDF | | | |
| 05-17-2021 | EAA | ENTRY OF APPEARANCE Document Available (#1046449920) TIFF PDF | | | |
| 05-17-2021 | EAA | ENTRY OF APPEARANCE Document Available (#1046449921) TIFF PDF | | | |
| 05-17-2021 | EAA | ENTRY OF APPEARANCE Document Available (#1046449922) TIFF PDF | | | |
| 05-17-2021 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TRUONG, CINDY H. TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 05-17-2021 | ACCOUNT | RECEIPT # 2021-5000845 ON 05/17/2021. PAYOR: MANSELL & ENGEL, P.C. TOTAL AMOUNT PAID: $ 252.14. LINE ITEMS: CJ-2021-2146: $173.00 ON AC01 CLERK FEES. CJ-2021-2146: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL. CJ-2021-2146: $1.66 ON AC31 COURT CLERK REVOLVING FUND. CJ-2021-2146: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2021-2146: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2021-2146: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY. CJ-2021-2146: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS. CJ-2021-2146: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND. CJ-2021-2146: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2021-2146: $10.00 ON AC81 LENGTHY TRIAL FUND. CJ-2021-2146: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. CJ-2021-2146: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | | | |
| 05-26-2021 | SMS | SUMMONS RETURNED, SERVED: SFSOS C#19 5-24-21 BY CERTIFIED MAIL Document Available (#1046449977) 🗎TIFF 🔖PDF | | | |
| 06-16-2021 | AMP | FIRST AMENDED PETITION Document Available (#1049875163) 🗎TIFF 🔖PDF | | | |