

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAY 17 2021

RICK WARREN
COURT CLERK

112

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

| | |
|---|---|
| GREENLITE HOLDINGS, LLC and CITY HEIGHTS NORTH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THIRD COAST INSURANCE COMPANY, a foreign corporation, <br><br> Defendant. | Case No: <br><br> **CJ-2021-2146** |

### ENTRY OF APPEARANCE

Kenneth G. Cole of the firm of Mansell, Engel & Cole hereby enters his appearance on behalf of Plaintiffs, Greenlite Holdings, LLC and City Heights North, LLC.

**MANSELL ENGEL & COLE**

By: _____

Steven S. Mansell, OBA #10584
Kenneth G. Cole, OBA #11792
Keith F. Givens, OBA #16501
204 North Robinson, 21st Floor
Oklahoma City, OK 73102-7201
T: (405) 232-4100 ** F: (405) 232-4140
kcole@meclaw.net

**ATTORNEY FOR PLAINTIFFS**