

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAY 17 2021

RICK WARREN
COURT CLERK
112_____

| | |
|---|---|
| GREENLITE HOLDINGS, LLC and CITY HEIGHTS NORTH, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>THIRD COAST INSURANCE COMPANY, a foreign corporation,<br><br>    Defendant. | Case No:<br><br>**CJ - 2021 - 2146** |

### ENTRY OF APPEARANCE

Steven S. Mansell of the firm of Mansell, Engel & Cole hereby enters his appearance on behalf of Plaintiffs, Greenlite Holdings, LLC and City Heights North, LLC.

MANSELL ENGEL & COLE

By: _____
Steven S. Mansell, OBA #10584
Kenneth G. Cole, OBA #11792
Keith F. Givens, OBA #16501
204 North Robinson, 21st Floor
Oklahoma City, OK 73102-7201
T: (405) 232-4100 ** F: (405) 232-4140
smansell@meclaw.net

**ATTORNEY FOR PLAINTIFFS**