

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAY 26 2021

RICK WARREN
COURT CLERK

| GREENLITE HOLDINGS, LLC and CITY HEIGHTS NORTH, LLC, | |
|---|---|
| Plaintiffs, | |
| v. | Case No: 105 CJ-2021-2146 |
| THIRD COAST INSURANCE COMPANY, a foreign corporation, | |
| Defendant. | |

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:** **THIRD COAST INSURANCE COMPANY**
c/o Glen Mulready, Oklahoma Insurance Commissioner
400 N.E. 50th Street
Oklahoma City, OK 73105

You have been sued by the above-named Plaintiff, and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorneys for the Plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

If Interrogatories and Request for Production of Documents are served with this Petition, you are directed to answer the Interrogatories and produce the documents requested within thirty (30) days after service of these Interrogatories and Request for Production of Documents. The thirty (30) day response period shall not commence until an Answer to the Petition is filed.

Issued this 17 day of May, 2021.

RICK WARREN, COURT CLERK

By: _____

[Seal]

ATTORNEYS FOR PLAINTIFF:
Keith F. Givens, OBA #16501
MANSELL ENGEL & COLE
204 North Robinson, 21st Floor
Oklahoma City, Oklahoma 73102
T: (405) 232-4100 ** F: (405) 232-4140
Email: kgivens@meclaw.net

This Summons was served on 5/24/2021
(date of service)

_____
(signature of person serving summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER IN CONNECTION WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**


UNITED STATES
POSTAL SERVICE

May 26, 2021

Dear Hilda Harp:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8116 9900 0246 6519 64**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | May 24, 2021, 10:02 am |
| **Location:** | OKLAHOMA CITY, OK 73105 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |
| **Recipient Name:** | Department |

## Shipment Details

| | |
|---|---|
| **Weight:** | 5.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | SF5o5 L#19 |
| Address of Recipient: | 400 NE 50TH ST OKLAHOMA CITY, OK 73105 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004