AZ Corp. Commission

04479468

AZ CORPORATION COMMISSION
FILED

NOV 18 2013

FILE NO. L18866720

# ARTICLES OF ORGANIZATION

## OF

## GREEN LITE HOLDINGS, LLC

1. **Name:** The name of the company is Green Lite Holdings, LLC.

2. **Known Places of Business(In Arizona):** The street address of the known place of business of the company is:

   675 S. Roosevelt Street, Unit 3003
   Tempe, AZ 85281

3. **Statutory Agent (In Arizona):** The name and street address of statutory agent of the company is:

   James Laubham
   15215 S 48th St. Suite 139
   Phoenix, AZ 85044

4. **Dissolution:** The latest date, if any, on which the Limited Liability Company must dissolve is perpetual.

5. **Management:** Management of the limited liability company is reserved to the members. The names and addresses of each person(s) who is (are) member(s) are:

   Jonathan Lewis
   675 S. Roosevelt Street, Unit 3003
   Tempe, AZ 85281

EXECUTED this 15th day of November 2013 by all of the members.

Signed: _____
Jonathan Lewis

Phone: 480.783.8870

### Acceptance of Appointment by Statutory Agent

The undersigned hereby acknowledges and accepts the appointment as statutory agent of the above-named company effective this 15 day of November, 2013.

Signed _____
James Laubham