# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Date: June 24, 2021

| | | |
|---|---|---|
| GREENLITE HOLDINGS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-21-0646-HE |
| | ) | |
| THIRD COAST INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

**ENTER ORDER**:

    Counsel for the parties are directed to file their entries of appearance conforming to LCvR83.4 not later than **June 28, 2021**.

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE JOE HEATON.**

                                        **Carmelita Reeder Shinn, Clerk of Court**
                                        **Western District of Oklahoma**

                                          By:    <u>s/Lisa Minter</u>
                                                       Deputy Clerk

Copies to all parties of record