# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREENLITE HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THIRD COAST INSURANCE COMPANY, a foreign corporation,<br><br>        Defendant. | Case No: 5:21-cv-646 HE |

## PLAINTIFF'S LIMITED LIABILITY COMPANY DISCLOSURE STATEMENT

Pursuant to LCvR7.1.1, Plaintiff, GreenLite Holdings, LLC, states it is a limited liability company formed under the laws of the State of Arizona. The sole member of GreenLite Holdings, LLC is Jonathan Lewis who is not a citizen of either state of which Defendant is a citizen (Michigan and Wisconsin).

            **MANSELL ENGEL & COLE**

            *s*/Keith F. Givens
            Steven S. Mansell, OBA #10584
            Kenneth G. Cole, OBA #11792
            Keith F. Givens, OBA #16501
            204 North Robinson, 21st Floor
            Oklahoma City, OK 73102-7201
            T: (405) 232-4100 ** F: (405) 232-4140
            kgivens@meclaw.net

            **ATTORNEY FOR PLAINTIFFS**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2021, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

                                      s/Keith F. Givens