# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Before the Honorable Joe Heaton
United States Courthouse, **Room 2301**, Oklahoma City, Oklahoma

## ORDER FOR STATUS CONFERENCE

**NOTICE TO ALL COUNSEL**:

1.　Counsel are required to file the **Joint Status Report and Discovery Plan** (now a single document) not later than **Monday, August 30, 2021**.  *See* LCvR16.1(a)(1) and *Appendix II*.

2.　Counsel should give particular attention to paragraph 10 of the Joint Status Report and Discovery Plan.  In appropriate cases, the court may conclude a formal status conference is unnecessary and will proceed with entry of a Scheduling Order based solely on the information provided in the Joint Status Report and Discovery Plan.  **If a Scheduling Order is entered prior to the conference, the conference is deemed stricken and counsel need not appear.**

3.　Unless personal attendance is excused, the conference shall be attended by counsel with authority to make appropriate decisions and by any *pro se* litigants, at the time indicated below.  *See* LCvR16.1(a)(2).

---

## WEDNESDAY, SEPTEMBER 8, 2021

| | | |
|---|---|---|
| 10:00 A.M. | **CIV-20-1055-HE**<br>TAWANNA CREWS V. HONORABLE MARK T. ESPER, Secretary, U.S. DEPARTMENT OF DEFENSE | Ge'Andra Johnson, Esq.,<br>Anissa Paredes, Esq.,<br><br>Emily Fagan, AUSA |
| 10:10 A.M. | **CIV-21-0483-HE**<br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION V. HILAND DAIRY FOOD COMPANY LLC | Patrick Holman, Esq.,<br>Jennifer Arendes, Esq.,<br><br>Abigail Schwab, Esq.,<br>Andrew Martone, Esq.,<br>Angela Scott, Esq.,<br>Benjamin Oxford, Esq., |

*September, 2021 – Civil Scheduling Conference Docket*

| | | |
|---|---|---|
| 10:20 A.M. | **CIV-21-0613-HE**<br>STATE FARM FIRE AND CASUALTY CO., ET AL., V. OMEGA FLEX INC., | Nathan Carpenter, Esq.,<br>Jarrett Wilson, Esq.,<br><br>Dylan Edwards, Esq., |
| 10:30 A.M. | **CIV-21-0646-HE**<br>GREENLITE HOLDINGS LLC V. THIRD COAST INSURANCE COMPANY | Keith Givens, Esq.,<br>Kenneth Cole, Esq.,<br>Steven Mansell, Esq.,<br><br>Derrick DeWitt, Esq.,<br>Shannon Bell, Esq.,<br>Thomas Paruolo, Esq., |
| 10:40 A.M. | **CIV-21-0659-HE**<br>GLYNN FISH, ET AL., V. STATE FARM FIRE AND CASUALTY COMPANY | Ben Baker, Esq.,<br><br>Lance Leffel, Esq., |
| 10:50 A.M. | **CIV-21-0680-HE**<br>TYLER MORGAN V. ELMINGTON PROPERTY MANAGEMENT LLC | Jonathan Irwin, Esq.,<br>Woodrow Glass, Esq.,<br><br>Kim Tran, Esq., |
| 11:00 A.M. | **CIV-21-0715-HE**<br>JORDAN KIME V. BEAR TRACKS HOLDINGS LLC | Grace Dawkins, Esq.,<br>Robert Miller, Esq.,<br><br>Derrick DeWitt, Esq.,<br>Levi Gibson, Esq., |

*September, 2021 – Civil Scheduling Conference Docket*