**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GREENLITE HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-21-646-HE |
| | ) | |
| THIRD COAST INSURANCE | ) | |
| COMPANY, a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CHANGE OF PHYSICAL ADDRESS**

Attorneys for Defendant Third Coast Insurance Company informs the Court and counsel of their new address as follows:

DeWitt Paruolo & Meek
705 N.W. 4th Street
Oklahoma City, OK 73102
T: (405) 705-3600 │ F: (405) 705-2573

Respectfully submitted,

*/s/ Derrick T. DeWitt*
Derrick T. DeWitt, OBA #18044
Thomas A. Paruolo, OBA #18442
Shannon S. Bell, OBA #33648
DEWITT, PARUOLO & MEEK, PLLC
P.O. Box 138800
Oklahoma City, OK 73113
T: (405) 705-3600
F: (405) 705-2573
dewitt@46legal.com
tom@46legal.com
sbell@46legal.com
***Attorneys for Defendant Third Coast
Insurance Company***

## CERTIFICATE OF SERVICE

  This is to certify that on the 19th day of October 2021, the above document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Steven S. Mansell
Kenneth G. Cole
Keith F. Givens
MANSELL ENGLE & COLE
204 North Robinson, 21st Floor
Oklahoma City, Oklahoma 73102
kgiyens@meclaw.net
*ATTORNEYS FOR PLAINTIFF*
*GREENLITE HOLDINGS, LLC*

           /s/ Derrick T. DeWitt

2