## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)  GREENLITE HOLDINGS, LLC,<br><br>                                   Plaintiff,<br><br>v.<br><br>(1)  THIRD COAST INSURANCE<br>        COMPANY, a foreign corporation,<br><br>                                  Defendant. | Case No: 5:21-cv-00646-HE |

## JOINT MOTION FOR EXTENSION OF ALL DEADLINES AND TRIAL DATE BY ONE HUNDRED AND TWENTY (120) DAYS

COME NOW Plaintiff and Defendant who respectfully request that the Court grant an Order extending all deadlines and the trial date by one hundred and twenty (120) days. In support of this Motion, the parties show the Court as follows:

1.      Plaintiff has consulted with defense counsel and is authorized to state that defense counsel does not object to and joins this Motion and the relief requested herein.

2.      There have been no prior continuances or requests for additional time on deadlines.

3.      This is an insurance bad faith and breach of contract case regarding Plaintiff's apartment complex located at 8501 Candlewood Dr., Oklahoma City, Oklahoma (the "Property"). According to Plaintiff, the loss and damage to the Property started during the October 26, 2020 snow and ice storm and was further the result of weather in June 2021, damaging the roofs, roofing structure and interior finishes of the insured property, Plaintiff

contends the damage and loss are reportedly ongoing as Plaintiff continues to attempt to repair and replace the roofs, the roofing structure, and the interiors of the apartments.

4.    Defendant agreed to pay for interior water damage that it says was caused by a covered peril and issued payment to repair the covered interior damage and Plaintiff's reported loss of income incurred during a reasonable period of restoration.

5.    Defendant denies that any structural damage to the Property's roofing system was the result of a covered cause of loss, and, therefore, denied coverage for any alleged continuing loss of income that Plaintiff claims is due to the damage to the roofing system and underlying roofing structure.

6.    The ongoing nature of the damage, loss, and the Plaintiff's efforts to repair and replace the damage have made it difficult to reach a point where Plaintiff can hire an expert to quantify the business income loss and further to opine and quantify the extent of the structural damage to the apartments.

7.    The parties have commenced discovery by exchanging written discovery and are in the process of determining a schedule for necessary depositions in the case, many of which will be of out-of-state witnesses.  The parties are also in the process of issuing several subpoenas on out-of-state entities that may possess documents material to the parties' claims and defenses.

8.    The current discovery deadline is May 1, 2022. The current deadline for Plaintiff to submit its expert witness report is March 15, 2022.  Defendant's expert deadline is April 1, 2022.  Due to the extent of the damage which Plaintiff is claiming and the number of key witnesses who must be subpoenaed and deposed, the parties have

2

determined that a one hundred and twenty day extension of all deadlines including the trial date would promote a more orderly and efficient discovery process and would further allow the parties respective experts to fully examine the books and records for the financial loss and to further make any additional inspections to the Property's roofing system, roofing structure, and/or interiors of the affected apartment units.

9. The parties further believe that the requested extension will allow the parties more time to depose certain key fact witnesses and schedule private mediation before the expense of deposing experts, and, therefore, would possibly increase the chance of a successful resolution by mediation.

10. Undersigned counsel for Plaintiff and Defendant have discussed this continuance in detail with their clients. Both parties agree that the proposed extension of time is necessary.

11. The parties do not anticipate any additional enlargements of any of the deadlines if the Court were to grant this Motion.

12. Should the Court grant this Motion, the new deadlines would be as follows:

| | Previous Date: | Revised Date: |
|---|---|---|
| Plaintiff to file a **final list of expert witness(es)** in chief and submit expert reports to Defendant by: | March 15, 2022 | July 13, 2022 |
| Defendant to file a **final list of expert witness(es)** in chief and submit expert reports to Plaintiff by: | April 1, 2022 | August 1, 2022 |
| Plaintiff to file a **final list of witnesses** together with addresses and brief summary of expected testimony where a witness has not already been deposed by: | April 1, 2022 | August 1, 2022 |

3

| | | |
|---|---|---|
| Defendant to file a **final list of witnesses** together with addresses and brief summary of expected testimony where a witness has not already been deposed by: | April 15, 2022 | August 15, 2022 |
| Plaintiff to file a **final exhibit** list by: | April 1, 2022 | August 1, 2022 |
| Defendant to file objections to Plaintiff's final exhibit list by: | April 15, 2022 | August 15, 2022 |
| Defendant to file a **final exhibit** list by: | May 1, 2022 | August 29, 2022 |
| Plaintiff to file objections to Defendant's final exhibit list by: | May 15, 2022 | September 12, 2022 |
| **Discovery** to be completed by: | May 1, 2022 | August 29, 2022 |
| **All Dispositive and *Daubert* Motions** to be filed by: | May 15, 2022 | September 12, 2022 |
| **Motions in *Limine*** to be filed by: <br><br> (Responses must be filed within 14 days) | July 15, 2022 <br><br> July 29, 2022 | November 14, 2022 <br><br> November 28, 2022 |
| **Requested Voir Dire** to be filed by: <br><br> (Responses must be filed within 7 days) | July 15, 2022 <br><br> July 22, 2022 | November 14, 2022 <br><br> November 21, 2022 |
| **Trial Briefs** to be filed by: <br><br> (Responses must be filed within 7 days) | July 15, 2022 <br><br> July 22, 2022 | November 14, 2022 <br><br> November 21, 2022 |
| **Requested Jury Instructions** to be filed by: <br><br> (Responses must be filed within 7 days) | July 15, 2022 <br><br> July 22, 2022 | November 14, 2022 <br><br> November 21, 2022 |
| **Final Trial Report** (approved by all counsel), together with a proposed order approving the report, to be submitted to the Court by: | July 15, 2022 | November 14, 2022 |
| Designations of deposition testimony to be used at trial to be filed by: | July 1, 2022 | October 31, 2022 |
| Objections and counter-designations re: deposition testimony to be filed by: | July 25, 2022 | November 22, 2022 |
| **Trial Docket** | **AUGUST 2022** | **DECEMBER 2022** |

13.    The parties do not make this request for extension of all deadlines and trial date in order to delay this case but rather to promote a more orderly and effective discovery process to get this case resolved or to get the case ready for trial if the parties are unable to resolve the case.

14.    A proposed Order is submitted herewith pursuant to LCvR5.5.

Respectfully submitted,

s/ Steven S. Mansell
Steven S. Mansell, OBA #10584
Kenneth G. Cole, OBA #11792
Keith F. Givens, OBA #16501
**MANSELL ENGEL & COLE**
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7201
T: (405) 232-4100 ** F: (405) 232-4140
smansell@meclaw.net
kcole@meclaw.net
kgivens@meclaw.net

**ATTORNEYS FOR PLAINTIFF**

**AND**

s/ Shannon S. Bell*
(*Signed by filing attorney with permission of attorney)
Derrick T. DeWitt, OBA #18044
Thomas A. Paruolo, OBA #18442
Shannon S. Bell, OBA #33648
**DEWITT, PARUOLO & MEEK, PLLC**
P.O. Box 138800
Oklahoma City, OK 73113
T: (405) 705-3600 ** F: (405) 705-2573
dewitt@46legal.com
tom@46legal.com
sbell@46legal.com

**ATTORNEYS FOR DEFENDANT THIRD COAST INSURANCE COMPANY**

5

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, I filed the attached document with the Clerk of Court.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

s/ Steven S. Mansell