## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

GREENLITE HOLDINGS, LLC,

       Plaintiff,

v.

THIRD COAST INSURANCE
COMPANY, a foreign corporation,

       Defendant.

Case No: 5:21-cv-646 HE

## PLAINTIFF'S EXPERT WITNESS LIST

Pursuant to the Current Scheduling Order [Doc. 28] and Fed. R. Civ. P. 26 (a)(2),

Plaintiff, Greenlite Holdings, LLC, identifies the following experts who may testify at trial:

1. Rick Nelson, P.E.
  Nelson Jones
  1017 Long Prairie Road, Suite 203
  Flower Mound, TX 75022

2. Cody Howarth
  CIMA General Contractors, Inc.
  1017 Long Prairie Road, Suite 200
  Flower Mound, TX 75022

Such experts' reports and other information required under Rule 26 are being

produced to Defendant's counsel concurrently with this designation.

       Respectfully submitted,

       **MANSELL ENGEL & COLE**

       *s*/Keith F. Givens
       Steven S. Mansell, OBA #10584
       Kenneth G. Cole, OBA #11792
       Keith F. Givens, OBA #16501
       204 North Robinson Ave., 21st Floor

Oklahoma City, OK 73102-7201
T: (405) 232-4100 ** F: (405) 232-4140
kgivens@meclaw.net

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*s*/Keith F. Givens