## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREENLITE HOLDINGS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>THIRD COAST INSURANCE COMPANY,<br><br>       Defendant. | Case No: 5:21-cv-646 HE |

## PLAINTIFF'S FINAL WITNESS LIST

Pursuant to the current Scheduling Order [Doc. No. 28], Plaintiff respectfully submits the following Witness list.  Plaintiff reserves the right to supplemental or amend its Witness List as discovery remains ongoing.

**WITNESSES EXPECTED TO BE CALLED AT TRIAL:**

| NO. | NAME AND ADDRESS | TOPICS |
|---|---|---|
| 1. | Jonathan Lewis<br>Greenlite Holdings, LLC<br>c/o Plaintiff's counsel | Issues related to purchase of subject insurance policy; premiums paid for policy; nature, cause and/or extent of damage sustained by subject property; impact of such damage; Defendant's unlawful handling and denial of subject claims; Defendant's unlawful and retaliatory cancelation of subject policy; Defendant's wrongful withholding of premiums; losses and damages caused by Defendant's unlawful actions; issues raised by Defendant; issues identified during discovery; loss of rent, loss of market value of apartments; issues raised by Defendant; issues identified during discovery |

| NO. | NAME AND ADDRESS | TOPICS |
|---|---|---|
| 2. | Adam Porter<br>Engle Martin & Associates | Deposed; percipient fact witness on the handling and adjustment of the subject claim(s), including investigation, evaluation, denial and underpayment of the claim; knowledge, training and experience in handling property claims; policy coverages; issues raised by Defendant; issues identified during discovery |
| 3. | Kay Lynn Steffen<br>Strata Claims Managers<br>8144 Walnut Hill Lane, Suite 1490 Dallas, TX 75231 | Deposed; percipient fact witness on the handling and adjustment of the subject claim(s), including investigation, evaluation, denial and underpayment of the claim; knowledge, training and experience in handling property claims; policy coverages; issues raised by Defendant; issues identified during discovery |
| 4. | Adjusters employed by Defendant<br>c/o Defendant's counsel | Issues related to the cause and/or extent of damage sustained by subject property from covered losses; investigation and handling of Plaintiff's claims; Defendant's claim procedures and practices; coverages afforded by policy; wrongful denials of subject claims; Defendant's financial status and capital/surplus; relationship between Defendant and outside adjusting firm(s) at issue and revenue paid to such firms; relationship between Defendant and engineering firm(s) at issue and revenue paid to such firms; other improper denials without valid grounds; underwriting policies and practices; issues raised by Defendant; issues identified during discovery |
| 5. | Representatives of Defendant<br>c/o Defendant's counsel | Nature, cause and/or extent of damage sustained by subject property from covered losses; topics specified in future Notices for Deposition; issues pertaining to subject claims; wrongful denial of claims; claim handling procedures and practices; coverages afforded by subject policy; relationship between Defendant and outside adjusting firm(s) at issue and revenue paid to such firms; relationship between Defendant and engineering firm(s) at issue and revenue paid to such firms; assets and income of Defendant; issues raised by Defendant; issues raised during discovery |

| NO. | NAME AND ADDRESS | TOPICS |
|---|---|---|
| 6. | Josh Wilson<br>Engle Martin & Associates<br>c/o Defendant's counsel | Issues pertaining to subject claims; wrongful denial of claims; claim handling procedures and practices; work performed on other property damage losses at Defendant's request; revenue received for such work; reports generated on other property damage losses assigned by Defendant; coverages afforded by subject policy; assets and income of Defendant; issues raised by Defendant; issues raised during discovery |
| 7. | George Mares<br>Strata Claims Managers<br>8144 Walnut Hill Lane, Suite 1490 Dallas, TX 75231 | Issues pertaining to subject claims; wrongful denial of claims; claim handling procedures and practices; work performed on other property damage losses at Defendant's request; revenue received for such work; reports generated on other property damage losses assigned by Defendant; coverages afforded by subject policy; assets and income of Defendant; issues raised by Defendant; issues raised during discovery |
| 8. | Shawn Thompson<br>Engineering, Inc | Issues pertaining to the nature, cause and/or extent of damage sustained by subject property from covered losses; work performed in connection with Plaintiff's claims; work performed on other property damage losses at Defendant's request; revenue received for such work; reports generated on other property damage losses assigned by Defendant; issues raised by Defendant; issues identified during discovery |
| 9. | Adrian Bond<br>c/o Defendant's counsel | Nature, cause and/or extent of damage sustained by subject property from covered losses; work performed in connection with Plaintiff's claims; work performed on other property damage losses at Defendant's request; revenue received for such work; reports generated on other property damage losses assigned by Defendant; issues raised by Defendant; issues identified during discovery |
| 10. | Cade Lewis<br>Precise Roofing<br>Tulsa, Oklahoma | Issues pertaining to the nature, cause and/or extent of damage sustained by subject property; repairs and costs of such repairs; issues raised by Defendant; issues identified during discovery |

| NO. | NAME AND ADDRESS | TOPICS |
|---|---|---|
| 11. | Corporate Representative(s) Precise Roofing Tulsa, Oklahoma | Issues pertaining to the nature, cause and/or extent of damage sustained by subject property; repairs of such damage and costs of such repairs; issues raised by Defendant; issues identified during discovery |
| 12. | Dan Brown, Claims Advocate Franklin Street 1311 N. Westshore Blvd, Ste 200 Tampa, FL 33607 | Issues pertaining to subject policy; work performed in connection with Plaintiff's claims; claim handling procedures and practices; work performed on other property damage losses at Defendant's request; revenue received for such work; reports generated on other property damage losses assigned by Defendant; issues raised by Defendant; issues identified during discovery |
| 13. | Mark Skikus c/o Plaintiff's Counsel | Nature, cause and/or extent of damage sustained by subject property; repairs of such damage; issues raised by Defendant; issues identified during discovery; hybrid/fact/expert witness |
| 14. | Robert Zahl 8411 S. Walker Ave. Oklahoma City, OK 73139 | Expert witness retained during the claim, not retained for or during litigation; issues related to analysis and evaluations of damage sustained by subject property; reports related to such evaluations; issues raised by and defects in work-product of Engineering Inc.; issues raised by Defendant; issues identified during discovery; opinions in report provided to Defendant during the claim February 2021 |
| 15. | Josh Perez Former employee of Katerra 3200 Earhart Drive Carrollton, TX 75006 | Nature, cause and/or extent of damage sustained by subject property; repairs and costs of such repairs; impact of such damage; issues raised by Defendant; issues identified during discovery |
| 16. | Alexis Davis Trinity Property Management | Issues related to subject property and damage sustained thereby; impact of such damage; rent rolls, loss of rent, service and repair request, as per management records; issues raised by Defendant; issues identified during discovery |
| 17. | Zada Roman Trinity Property Management | Rent rolls, loss of rent, service and repair requests, as per management records; issues raised by Defendant; issues identified during discovery |

| NO. | NAME AND ADDRESS | TOPICS |
|---|---|---|
| 18. | Rick Nelson<br>TSA | Expert opinions, issues and analysis discussed in Rule 26 report previously produced to Defendant; issues raised by Defendant; issues identified in remaining discovery |
| 19. | Cody Howarth<br>CIMA General Contractors, Inc. | Expert opinions, issues and analysis discussed in Rule 26 report previously produced to Defendant; issues raised by Defendant; issues identified in remaining discovery |
| 20. | Flor Aparcio<br>Chamberlin & Associates<br>Real Estate Management<br>2712 N. 7th Street<br>Phoenix, AZ 85006 | Issues related to subject property and damage sustained thereby; impact of such damage; property manager (regional) for the apartments; rent rolls; issues raised by Defendant; issues identified during discovery; |
| 21. | Representative(s) of Chamberlin & Associates<br>Real Estate Management<br>2712 N. 7th Street<br>Phoenix, AZ 85006 | Nature, cause and/or extent of damage sustained by subject property; repairs of such damage and costs of such repairs; rent rolls, issues raised by Defendant; issues identified during discovery |
| 22. | Chris Rico<br>Chamberlin & Associates<br>Real Estate Management<br>2712 N. 7th Street<br>Phoenix, AZ 85006 | Nature, cause and/or extent of damage sustained by subject property; repairs of such damage and costs of such repairs; rent rolls, issues raised by Defendant; issues identified during discovery |
| 23. | Liz Brettin<br>Franklin Street<br>1311 N Westshore Blvd,<br>Suite 200<br>Tampa, FL  33607 | Issues pertaining to subject policy; work performed in connection with Plaintiff's claims; claim handling procedures and practices; work performed on other property damage losses at Defendant's request; revenue received for such work; reports generated on other property damage losses assigned by Defendant; issues raised by Defendant; issues identified during discovery |
| 24. | Employees of Defendant involved in cancelation of Plaintiff's insurance policy<br>c/o Defendant's counsel | Issues pertaining to the cancelation of insurance policy on subject property; issues and losses related to such cancelation; risks created by such cancelation; issues raised by Defendant; issues identified during remaining discovery |

| NO. | NAME AND ADDRESS | TOPICS |
|---|---|---|
| 25. | Employees of Strata involved in cancelation of Plaintiff's insurance policy | Issues pertaining to the cancelation of insurance policy on subject property; issues and losses related to such cancelation; risks created by such cancelation; issues raised by Defendant; issues identified during remaining discovery |
| 26. | Yisel Valdes<br>Franklin Street | Issues pertaining to the cancelation of insurance policy on subject property; communications preceding cancelation; losses and risks resulting from such cancelation; issues raised by Defendant; issues identified during remaining discovery |
| 27. | Brad Young, Director<br>Franklin Street | Issues pertaining to the cancelation of insurance policy on subject property; communications preceding cancelation; losses and risks resulting from such cancelation; issues raised by Defendant; issues identified during remaining discovery |
| 28. | Derek Barr<br>126 RF County Road 2410<br>Alba, TX 75410 | Issues related to subject property and damage sustained thereby; issues raised by Defendant; issues identified during remaining discovery |
| 29. | Individuals identified by Defendant to whom Plaintiff does not object | |
| 30. | Witnesses identified during remaining discovery | |

**WITNESSES WHO MAY BE CALLED AT TRIAL IF THE NEED ARISES:**

| NO. | NAME AND ADDRESS | TOPICS |
|---|---|---|
| 31. | Records custodians needed to authenticate records, documents or other evidence | |
| 32. | Witnesses deposed in this case to whom Plaintiff does not object. | |
| 33. | Witnesses required for rebuttal | |
| 34. | Witnesses identified by Defendant to whom Plaintiff does not object. | |
| 35. | Individuals identified within Defendant's discovery responses or document productions | |
| 36. | Witnesses identified during remaining discovery | |

Respectfully submitted,

**MANSELL ENGEL & COLE**

s/ Keith F. Givens
Steven S. Mansell, OBA #10584
Kenneth G. Cole, OBA #11792
Keith F. Givens, OBA #16501
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7201
T: (405) 232-4100 ** F: (405) 232-4140
kgivens@meclaw.net

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF Systems for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants, via email.

s/ Keith F. Givens

7