**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| FAIRLAWN CEMETERY ASSOCIATION OF OKLAHOMA CITY, OKLAHOMA, <br><br>                            Plaintiff, <br><br> v. <br><br> SENTINEL INSURANCE COMPANY, LTD., <br><br>                           Defendant. | Case No: 5:21-cv-1150 D |

## NOTICE OF WITHDRAWAL

Kenneth G. Cole, of the firm Mansell, Engel & Cole, hereby notifies this Court and all parties of his withdrawal as counsel of record for the Plaintiff.  Mark A. Engel and Keith Givens of the firm Mansell & Engel, PC, will continue to represent the Plaintiff in this matter.

MANSELL ENGEL & COLE

By: s/Kenneth G. Cole
      Mark A. Engel, OBA #10796
      Kenneth G. Cole, OBA #11792
      204 North Robinson Avenue, 21st Floor
      Oklahoma City, OK 73102-7201
      T: (405) 232-4100 ** F: (405) 232-4140
      E-mail:  mengel@meclaw.net

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

s/Kenneth G. Cole