## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

GREENLITE HOLDINGS, LLC,

                    Plaintiff,

v.

THIRD COAST INSURANCE
COMPANY, a foreign corporation,

                    Defendant.

Case No: 5:21-cv-646 HE

## NOTICE OF ZOOM VIDEO DEPOSITION OF GEORGE MARES

Pursuant to Fed. R. Civ. Proc. 30, Plaintiff will take the deposition of George Mares at 9:30 a.m. (CST) on September 20, 2022, via the Zoom webcast platform through a link provided by the court reporting service, to be used as evidence in the trial of the above-referenced cause. This deposition will be recorded before an officer authorized by law to administer oaths and will continue from day to day until completed.

Respectfully submitted,

**MANSELL & ENGEL, PC**

*s/*Keith F. Givens
Steven S. Mansell, OBA #10584
Keith F. Givens, OBA #16501
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7201
T: (405) 232-4100 ** F: (405) 232-4140
kgivens@meclaw.net

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 14, 2022, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

s/ Keith F. Givens     