# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREENLITE HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THIRD COAST INSURANCE COMPANY, a foreign corporation,<br><br>        Defendant. | Case No: 5:21-cv-646-HE |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, GreenLite Holdings, LLC, and Defendant, Third Coast Insurance Company, hereby stipulate to a dismissal with prejudice of all claims and causes of action asserted by Plaintiff in the above-styled cause.  Each party shall bear its own attorney fees and costs.

          **MANSELL & ENGEL, PC**

          s/ Steven S. Mansell
          Steven S. Mansell, OBA #10584
          Keith F. Givens, OBA #16501
          204 North Robinson Avenue, 21st Floor
          Oklahoma City, OK 73102-7201
          T: (405) 232-4100 ** F: (405) 232-4140
          smansell@meclaw.net
          kgivens@meclaw.net

          **ATTORNEYS FOR PLAINTIFF**

s/ Derrick T. DeWitt*
*signed by filing attorney by attorney
Derrick T. DeWitt, OBA #18044
Kevin H. Cunningham, OBA #22117
**DEWITT, PARUOLO & MEEK, PLLC**
P.O. Box 138800
Oklahoma City, OK 73113
T: (405) 705-3600
F: (405) 705-2573
dewitt@46legal.com
kcunningham@46legal.com

-and-

s/ Brannon C. Dillard*
*signed by filing attorney by attorney
Brannon C. Dillard
Federal Bar No. 22-79
Dewey C. Dodson
Federal Bar No 21-104
**SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP**
717 Texas Avenue, 27th Floor
Houston, TX 77002
T: (832) 415-1801
F: (832) 565-9030
bdillard@shackelford.law
ddodson@shackelford.law

**ATTORNEYS FOR DEFENDANT THIRD COAST INSURANCE COMPANY**